[pic]

 In the
 Court of Appeals
 Second Appellate District of Texas
 at Fort Worth

 No. 02-18-00321-CR
 No. 02-18-00322-CR

|Jason Arthur Duchesneau, Appellant |
| |
|v. |
| |
|The State of Texas |

 On Appeal from County Criminal Court No. 1
 Tarrant County, Texas
 Trial Court No. 1522440, 1522441

 ORDER

 On the court’s own motion, it is ORDERED that the trial court clerk
deliver the original State’s Exhibit No. 4 (Dash Cam Video) to this court
no later than Friday, May 3, 2019.
 The exhibit will be returned to the trial court upon issuance of the
mandate.
 The clerk of this court is directed to transmit a copy of this order
to the attorneys of record, the trial court clerk, and the court reporter.

 Dated April 26, 2019.

 Per Curiam